JEREMY V. RICHARDS (CA SBN 102300)
GAIL S. GREENWOOD (CA SBN 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
          ggreenwood@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation



FILED & ENTERED

JUN 05 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>Adv. No.: 2:19-ap-01077-ER<br><br>**JUDGMENT DECLARING ALLEGED LIEN INVALID** |
| BRADLEY D. SHARP, PLAN ADMINISTRATOR UNDER THE CONFIRMED FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018 FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE D. WRIGHT, an individual, PATRICIA S. WRIGHT, an individual and successor to Darrell A. Wright, and BRADFORD W. WRIGHT, an individual and executor on behalf of Jeanne W. Carlson,<br><br>Defendants. | |

      Bradley D. Sharp, Plan Administrator (the "Plan Administrator") under the confirmed *First Amended Chapter 11 Plan of Liquidation dated January 31, 2018* for Liberty Asset Management

DOCS_SF:101232.1 52593/003

Corporation, filed a *Motion for Default Judgment Under LBR 7055-1*, including a memorandum of points and authorities, and supporting declaration and exhibits ("<u>Motion</u>") [Docket No. 19], which was set for hearing on June 4, 2019 at 10:00 a.m. Having reviewed the Motion, the Complaint, the pleadings on file, no opposition having been filed, and for the reasons set forth in the Court's Ruling [Docket No. 23],

**IT IS HEREBY ADJUDGED:**

1. The Motion is GRANTED.

2. Judgment is entered against the above-named defendants, declaring the Alleged Lien recorded against vacant land in the City of Duarte, County of Los Angeles, APN 8602-018-005 on or about January 27, 1967 to secure payment of $15,300 to be invalid and of no force and effect.

# # # #

Date: June 5, 2019

Ernest M. Robles
United States Bankruptcy Judge

DOCS_SF:101232.1 52593/003